**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
OTG MANAGEMENT, LLC and JULIO DELGADO,

                Petitioners,                24 **CIVIL** 1136 (JSR)

     -against-                          **JUDGMENT**

FRANTZY JULES,

                Respondent.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 22, 2024, the parties by their respective undersigned counsel hereby stipulate and agree that Respondent does not object to the Court confirming the Arbitration Award and does not assert any objections or defenses to the Petition. The Court confirms the Arbitration Award without further proceedings. Accordingly, the case is closed.

**Dated**: New York, New York
          February 23, 2024

                                                              **RUBY J. KRAJICK**
                                                                Clerk of Court

                                       **BY:**
                                                                 **Deputy Clerk**